No. <u>PD-1040-15</u>                                                                    ①

Dennis Montrell Bendy                                          § IN THE TEXAS Court
                    Petitioner                                 §        OF

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 13 2015

Abel Acosta, Clerk

        V.                                                     FILED IN Criminal Appeals
                                                               COURT OF CRIMINAL APPEALS
The State Of Texas
        Respondent                                                     AUG 13 2015

                                                                    Abel Acosta, Clerk

## <u>Motion For Extension Of Time To File PDR</u>

To The Honorable Judges of Said Court:

Comes, now Dennis Montrell Bendy Petitioner and files this motion For Extension of thirty (30) Days extra in which to file a Petition For Discretionary Review. In, support of this motion Petitioner shows the Court the Following:

### I.

The Petitioner was convicted in the 114th District Court of Smith County, Texas of the Offense Of Murder in Trial Cause No. 241-1575-13 ...... Styled; The State of Texas V. Dennis Montrell Bendy. The Petitioner Appealed to the Court of Appeals 12th Supreme Judicial District ...... Appeal No. 12-14-00255-CR where the case was Affirmed on (July 22. 2015).

### II.

The present deadline for filing the Petition For Discretionary Review is (30) Days from July 22nd which Is (September 2, 2015) ...... Excluding: Weekends Petitioner has Not requested Any Extension Prior to this Request.

### III.

Petitioner's request for An Extension Is Based on the following Facts: Petitioner, was not Informed of the Decision until (July 28, 2015) that ..... his; Unit Mailroom brought his legal Mail to his Door And Gave It to him.
    Currently, his unit Is on a <u>Disciplinary Lockdown</u> until further Notice that Administration let's us up ..... behind; the (Murder) of A Correctional Officer that was killed By An Inmate.
    With, Proceeding Pro Se Petitioner has No Reliable Physical Way of Going to his unit law library ..... Inorder; to Successfully litigate his case Sufficiently Rather Any Material Requested: He, has to Wait until his Request Is Processed And then the law library ..... brings; him his Requested Material which takes A Few Days that takes Away From the Original (30) Day Deadline.
    Once, Petitioner Receives his Material for case Research he has to draft up his Documents for Presentation ..... Before; the Court where

his Attorney On Appeal Austin Reeve Jackson has informed him that he will not Represent him on the Petition For Discretionary Review.

Wherefore, for the Reasons Stated Petitioner Prays this court grant this motion and Extend the dead line for filing the Petition For Discretionary Review.

Respectfully Submitted,

Dennis Bendy

Dennis Bendy #1951124
Telford unit
3899 State Hwy 98
New Boston, Tx. 75570

## Certificate Of Service

I, Dennis Bendy do hereby certify that A true and correct copy of the Above Foregoing Motion For Extension of Time To File PDR has Been forwarded to Abel Acosta Clerk Court of Criminal Appeals P.O. Box 12308 Capitol Station Austin, Tx. 78711 by way of the United States Mail Postage Pre Paid on this Day <u>August 3, 2015</u>.

Dennis Bendy